536

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* THOMAS DANIEL BAMBULAS, Petitioner-Appellant.

(No. 57913;

First District (3rd Division)—April 3, 1975.

*Rehearing denied April 17, 1975.*

PER CURIAM.

Allen L. Wiederer, of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Thomas D. Rafter, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSEPH HILL, Defendant-Appellant.

(No. 60140;

First District (2nd Division)—March 31, 1975.

*Rehearing denied May 6, 1975.*